UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EULA STEPHENS,

                Plaintiff,

     - against -

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.,

                Defendants.

**ORDER**

19 Civ. 11702 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for May 7, 2020 is adjourned.  A conference is scheduled for **June 11, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge