**BORAH GOLDSTEIN**
ALTSCHULER NAHINS & GOIDEL, P.C.

NDUKWE D. AGWU
**OF COUNSEL**
Manhattan Office
T: (212) 431-1300
nagwu@borahgoldstein.com

June 22, 2020

**ViaECF**

Hon. Paul G. Gardephe
U.S. District Judge, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204
New York, New York 10007

> The conference scheduled for July 2, 2020 is adjourned to August 13, 2020 at 10:15 a.m.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> June 23, 2020

RE: Eula Stephens v. Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
United States District Court
Southern District of New York
Case No. 19-cv-11702-PGG

Honorable Judge Gardephe:

This firm represents Defendant Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.("BGANG") in the above- referenced matter. There is currently a telephonic conference scheduled for July 2, 2020 at 11:00am. We hereby respectfully requests that the Court grant a thirty (30) day adjournment of the telephone conference scheduled for July 2, 2020. We are in the process of transferring over representation to a new firm. Plaintiff's counsel, Brendan Ross has been contacted and has consented to this request.

The Court may wish to note that this is undersigned counsel's first request to adjourn this matter. Thank you for your consideration of this unexpected, but essential, request.

Very truly yours,

Ndukwe D. Agwu

Manhattan Office | 377 Broadway ● New York, New York ● T: (212) 431-1300 ● F: (646) 349-4135 ● **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard ● Forest Hills, New York ● 11375 ● T: (718) 263-6611 ● F: (718) 263-8272
www.borahgoldstein.com