

100 William Street, 6th Floor
New York, NY 10038
Tel 212-417-3700
Fax 212-417-3890
www.mobilizationforjustice.org

**VIA ECF**

August 7, 2020

Hon. Paul G. Gardephe
U.S. District Judge, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204
New York, New York 10007

Re:   Stephens v. Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
        Case No. 1:19-cv-11702 (PGG)

Honorable Judge Gardephe:

Mobilization for Justice, Inc. represents Plaintiff Eula Stephens in the above-captioned matter. We are writing to request, on behalf of both parties, a brief adjournment of the telephone conference currently scheduled for August 13, 2020 at 10:15 a.m. We respectfully ask that this matter be adjourned for at least ten (10) days to give Plaintiff and Defendant's newly-retained counsel to discuss and prepare further for this conference. This is the second request to adjourn this conference, the first of which was granted for Petitioner to transfer representation to its current counsel. Both sides have consented to this request. We appreciate the Court's time and consideration.

Respectfully Submitted,

Brenden Ross (9788)
Senior Staff Attorney
Mobilization for Justice, Inc.
Attorneys for Plaintiff

The application is granted. The conference scheduled for August 13, 2020 is adjourned to August 27, 2020 at 11:15 a.m.

SO ORDERED.

Paul G. Gardephe
United States District Judge
August 10, 2020