UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EULA STEPHENS,
                Plaintiff,

- against -

BORAH, GOLDSTEIN, ALTSCHULER,
NAHINS & GOIDEL, P.C.,

                Defendant.

**ORDER**

19 Civ. 11702 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will discuss settlement over the next thirty days.  By **December 14, 2020**, the parties will submit a joint letter regarding the status of settlement negotiations.  If the case has not settled by that time, the Court will enter a case management plan.

Dated: New York, New York
       November 12, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge